STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant
ROBERT RINEHART

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00853-LHK |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; [~~PROPOSED~~] ORDER** |
| vs. | |
| ROBERT RINEHART, | |
| Defendant. | |

Plaintiff United States of America, by and through Assistant United States Attorney Jeffrey Schenk, and Defendant ROBERT RINEHART ("Mr. Rinehart"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from January 16, 2013, at 9:00 a.m., to February 20, 2013, at 9:00 a.m.

1. Mr. Rinehart has been charged in an eight count indictment with violations of 18 U.S.C. § 1343.

2. Mr. Rinehart's first status conference before this Honorable Court is currently scheduled for January 16, 2013, at 9:00 a.m.

1

3. The United States has recently provided discovery materials, which Mr. Rinehart needs to review and discuss with counsel.

4. Mr. Rinehart respectfully requests that the status hearing be continued as requested, and agrees to the exclusion of time from January 16 to February 20, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A).

5. Accordingly, the parties request that the status hearing be continued from January 16 to February 20, 2013, at 9:00 a.m.

IT IS SO STIPULATED.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

/s/

Dated: January 14, 2013

ROBERT CARLIN
Assistant Federal Public Defender

UNITED STATES ATTORNEY

/s/

Dated: January 14, 2013

JEFFREY SCHENK
Assistant United States Attorney

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant
   ROBERT RINEHART

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ~~CALIFORNIA~~

~~SAN JOSE DIVISION~~

| | |
|---|---|
| ~~UNITED STATES OF AMERICA,~~ | ~~No. CR 12-~~00853-LHK |
| ~~Plaintiff,~~ | |
| vs. | ~~[PROPOSED]~~ ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE |
| ROBERT RINEHART, | |
| Defendant. | |

1. Mr. Rinehart has been charged in an eight count indictment with violations of 18 U.S.C. § 1343.

2. Mr. Rinehart's first status conference before this Honorable Court is currently scheduled for January 16, 2013, at 9:00 a.m.

3. The United States has recently provided discovery materials, which Mr. Rinehart needs to review and discuss with counsel.

4. There is good cause for the requested continuance, and the "ends of justice" served by taking such action "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from January 16 to February 20, 2013, is

excluded pursuant to section § 3161 (h)(7)(A).

5. The status hearing in this matter shall be continued to February 20, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: 1/15/13

HON. LUCY H. KOH
United States District Judge