1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone:  (408) 291-7753
5
   Counsel for Defendant ROBERT RINEHART
6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,          )   No. CR 12-00853 LHK
                                      )
11              Plaintiff,            )   STIPULATION AND [PROPOSED]
                                      )   ORDER CONTINUING HEARING DATE
12 vs.                                )   AND EXCLUDING TIME UNDER THE
                                      )   SPEEDY TRIAL ACT
13 ROBERT RINEHART,                   )
                                      )
14              Defendant.            )
                                      )
15 _____    )

16        The defendant, Robert Rinehart, represented by Assistant Federal Public Defender Diana

17 A. Garrido, and the government, represented by Assistant United States Attorney Jeffrey B.

18 Schenk, hereby stipulate that, with the Court's approval, the status conference currently set for

19 Wednesday, June 5, 2013 at 9:30 a.m., shall be continued to Wednesday, July 24, 2013 at 9:30

20 a.m.

21        The continuance is requested to provide both defense counsel and the government with

22 additional time to review discovery and to negotiate an appropriate resolution. The continuance

23 would provide both parties with the reasonable time necessary for effective preparation.

24 Accordingly, both parties respectfully request that the time between June 5, 2013 and July 24,

25 2013 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

26

Dated: May 28, 2013

STEVEN G. KALAR
Federal Public Defender


/s/
DIANA A. GARRIDO
Assistant Federal Public Defender

Dated: May 28, 2013


MELINDA HAAG
United States Attorney


/s/
JEFFREY B. SCHENK
Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that the status conference be continued from June 5, 2013 to July 24, 2013. The Court FURTHER ORDERS that the time between June 5, 2013 and July 24, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:     5/30/13

_____
THE HONORABLE LUCY H. KOH
United States District Judge